RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MEGAN C. HOFFMAN
Assistant Federal Public Defender
Nevada State Bar No. 09835
JONATHAN M. KIRSHBAUM
Assistant Federal Public Defender
New York State Bar No. 2857100
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
(702) 388-6261 (FAX)

Attorneys for Petitioner

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIAN WALKER,<br><br>　　　　Petitioner,<br><br>vs.<br><br>E.K. MCDANIEL, Warden,<br><br>　　　　Respondents. | 2:04-cv-00929-KJD-LRL<br><br>**ORDER GRANTING MOTION FOR DISCOVERY AND SETTING DATE FOR EVIDENTIARY HEARING** |

　　　　This matter came before the Court on January 22, 2014, at 9:00 a.m., on Petitioner's, Christian Walker's, written Motion for Status Check and oral Motion for Discovery. Walker, whose presence was waived, was represented by his attorneys, Megan C. Hoffman and Jonathan M. Kirshbaum, and the Respondents were represented by Chief Deputy Attorney General Thom Gover.

　　　　The Court, having heard the arguments of counsel and having reviewed the pleadings and files in this matter, and Respondents having no opposition, IT IS THEREFORE ORDERED THAT, for good cause shown, Walker's Motion for Discovery is GRANTED as specified below:

　　　　1)　　Within five (5) days of the entry of this order, Petitioner is permitted to serve a limited subpoena on the Clark County District Attorney's Office, Records Custodian, requesting production of the following records in Justice Court Case

2

State v. Johnny Hughes Walker & State v. Christian Walker, Case Numbers 97F16874 A & B and 97F14557 A & B; AND IN District Court Case, State v. Johnny Hughes Walker & State v. Christian Walker, Case Numbers C149242 (A & B) and C146419 (A & B),

> Any and all letters, affidavits, declarations, or other correspondence from Johnny Walker, dated between October 9, 1997 and September 4, 1998.

IT IS FURTHER ORDERED that the Clark County District Attorney's Office shall have thirty (30) days from the date of service of the subpoena to comply with the request in the subpoena or to otherwise respond.

IT IS FURTHER ORDERED that this matter is set for an evidentiary hearing for  9:00  a.m. on  Tuesday, May 20 , 2014, in Courtroom 4A, Lloyd D. George United States Courthouse, 333 S. Las Vegas Blvd., Las Vegas, Nevada, 89101.

DATED this 28th day of  January , 2014.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

LAW OFFICES OF THE
FEDERAL PUBLIC DEFENDER

By:  /s/ Megan C. Hoffman
     MEGAN C. HOFFMAN
     Assistant Federal Public Defender

By:  /s/ Jonathan M. Kirshbaum
     JONATHAN M. KIRSHBAUM
     Assistant Federal Public Defender

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he is an employee in the office of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on January 23, 2014, he served a true and accurate copy of the foregoing to the United States District Court, who will e-serve the following addressee:

Thom Gover
Chief Deputy Attorney General
Office of the Attorney General
555 East Washington Ave. #3900
Las Vegas, NV 89101

/s/ Adam Dunn
An Employee of the Federal Public Defender's Office