# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHRISTIAN D. WALKER,

    Petitioner,

vs.

JACKIE CRAWFORD, et al.,

    Respondents.

Case No. 2:04-cv-00929-KJD-LRL

**ORDER**

    Petitioner having submitted unopposed motions to reset hearing date and to set prehearing procedure schedule (#53, #54), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's unopposed motions to reset hearing date and to set prehearing procedure schedule (#53, #54) is **GRANTED**. This matter is set for an evidentiary hearing for 9:00 a.m. on Wednesday, July 9, 2014, in Courtroom 4A, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. S., Las Vegas, Nevada 89101. The hearing scheduled for Tuesday, May 20, 2014, is **VACATED**.

    IT IS FURTHER ORDERED that: (a) no later than thirty (30) days prior to the hearing, counsel shall confer together either in person or by telephone and shall exchange preliminary exhibit and witness lists, exchange (either in person or via mail or fax) any exhibits not already possessed by opposing counsel, and discuss stipulations as to authenticity and any evidentiary objections; and (b) no later than twenty (20) days prior to the hearing, counsel shall jointly file a consolidated final list of the witnesses and exhibits to be offered by each party and which shall further identify any evidentiary objections raised. No party will be allowed to introduce over objection any witness or

exhibit not listed in the final witness and exhibit list, except that a party may file a supplement no later than fifteen (15) days prior to the hearing listing evidence in response to any witness or exhibit identified for the first time in the final list.  Any evidentiary objections to specific evidence that can be anticipated in advance of the hearing must be presented by brief motion <u>in limine</u> filed no later than ten (10) days prior to the hearing, and same shall be argued and resolved where practicable at the beginning of the hearing.

IT IS FURTHER ORDERED that any proposed prisoner transport orders be submitted to the court no later than thirty (30) days prior to the hearing.

DATED: April 18, 2014

_____
KENT J. DAWSON
United States District Judge