1    RENE L. VALLADARES
      Federal Public Defender
2    Nevada State Bar No. 11479
      MEGAN C. HOFFMAN
3    Assistant Federal Public Defender
      Nevada State Bar No. 09835
4    JONATHAN M. KIRSHBAUM
      Assistant Federal Public Defender
5    New York State Bar No. 2857100
      411 East Bonneville Avenue, Suite 250
6    Las Vegas, Nevada 89101
      (702) 388-6577
7    (702) 388-6261 (FAX)

8    Attorneys for Petitioner

9

                    UNITED STATES DISTRICT COURT
10
                        DISTRICT OF NEVADA
11

12    CHRISTIAN WALKER,

13            Petitioner,            Case No. 2:04-cv-00929-KJD-LRL

14    vs.                          **ORDER TO TRANSPORT**

15    BRIAN E. WILLIAMS, *et al.*,[1]

16            Respondents.

17         In accordance with the Order of this Court filed on April 18, 2014 setting the evidentiary hearing

18    in this matter for July 9, 2014 (Clerk's Record 55),

19         IT IS HEREBY ORDERED that the Nevada Department of Corrections will transport the

20    following inmates to the Lloyd D. George United States Courthouse, 333 Las Vegas Blvd., Las Vegas,

21    Nevada, to personally attend the evidentiary hearing scheduled for Wednesday, July 9, 2014 at 9:00 a.m.

22    in Courtroom 4A:

23         CHRISTIAN D. WALKER, #60225, Southern Desert Correctional Center

24         JOHNNY H. WALKER, #56431, Ely State Prison

25         KEN LAKE, #26356, Southern Desert Correctional Center

26

27    / / /

28    / / /

---

[1]    Walker hereby substitutes Brian E. Williams, Warden of Southern Desert Correctional Center, in place of E.K. McDaniel, as the appropriate Warden Respondent in this matter. This substitution of parties is made pursuant to Federal Rule of Civil Procedure 25(d).

1    The Clerk of Court additionally shall provide a copy of this order to the Marshal's Las Vegas

2    office.

3    Dated this 14th day of May, 2014.

4

5    _____
     UNITED STATES DISTRICT COURT JUDGE

6    Submitted by:

7    /s/ Megan C. Hoffman
     _____
     Megan C. Hoffman
8    Assistant Federal Public Defender
     *Attorney for Christian Walker*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **CERTIFICATE OF SERVICE**

2        The undersigned hereby certifies that she is an employee in the office of the Federal Public

3    Defender for the District of Nevada and is a person of such age and discretion as to be competent to

4    serve papers.

5        That on May 9, 2014, she served a true and accurate copy of the foregoing to the United States

6    District Court, who will e-serve the following addressee:

7

8    Thom Gover
     Chief Deputy Attorney General
     Office of the Attorney General
9    555 East Washington Ave., #3900
     Las Vegas, NV 89101

10

11

12                                          /s/ Leianna Jeske
                                            An Employee of the Federal Public
13                                          Defender's Office

14

15

16

17

18

19

20

21

22

23

24

25

26

27
     O:\00 NCH\cases-open\Walker, Christian\AttmptMurder\Pleadings\Order to Transport.wpd
28