UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIAN WALKER,<br><br>            Petitioner,<br>vs.<br><br>BRIAN E. WILLIAMS, et al<br><br>            Respondents, | 2:04-CV-0929 KJD<br><br>MINUTES OF THE COURT<br><br>Dated:   July 9, 2014 |

PRESENT:

THE HONORABLE **KENT J. DAWSON, U.S. DISTRICT JUDGE**

DEPUTY CLERK:   EILEEN WOOD      COURT RECORDER: ALANA KAMAKA

PRESENT FOR PETITIONER:    MEGAN HOFFMAN and JONATHAN KIRSHBAUM

PRESENT FOR RESPONDENT:  THOM GOVER and LUCIA MALOY

**EVIDENTIARY HEARING**

Proceedings begin at 9:13 AM.  Counsel and Petitioner Christian Walker are present. Court addressed preliminary matters.

Respondent's #70 Motion for Leave to Make Appearance Pursuant to LR IA 10-5 is **GRANTED**. Intern Lucia Maloy makes an appearance.

The Court hears arguments of counsel re: Respondents' Motion in Limine #68. The Court finds this Motion **MOOT**.

The Court **ORDERS** that Christian Walker's right hand be uncuffed to enable him to write notes for counsel at the request of Mr. Kirshbaum.

Counsel stipulate to admission of all exhibits. **GRANTED**.

**Johnny Walker**, called on behalf of Petitioner, is sworn and testifies on direct examination by Mr. Kirschbaum, cross examination by Mr. Gover, re-direct by Mr. Kirschbaum, and re-cross by Mr. Gover.  Stipulated **EXHIBITS**: 1, 12, 13, 15, 25, 32 (Sealed)  - **ADMITTED**. Respondents' Exhibit 34 offered and **ADMITTED**. Respondents' Exhibit 33 offered for identification purposes only.  Witness excused.

11:03-11:19 AM - Proceedings recess.  Counsel and Christian Walker are present.

2:04-cv-0929 KJD
Walker v Crawford et al
Page 2

**Ken Lake**, called on behalf of Petitioner, is sworn and testifies on direct examination by Ms. Hoffman, cross examination by Ms. Maloy, re-direct by Ms. Hoffman. Stipulated **EXHIBITS**: 34 - **ADMITTED**.   Witness excused.

**Elissa Luzaich**, called on behalf of Respondent, is sworn and testifies on direct examination by Mr. Gover, cross examination by Ms. Hoffman, examined by the Court, re-cross by Ms. Hoffman.  Stipulated **EXHIBITS**: 9, 12, 15, 16, 17, 18, 19, 20, 21 - **ADMITTED**. Witness excused.

**Gerald Walker**, called on behalf of Petitioner, is sworn and testifies on direct examination by Mr. Kirshbaum, cross examination by Mr. Gover.  Stipulated **EXHIBIT**: 20 - **ADMITTED**. Witness excused.

Petitioner and Respondent rest.

Court sets a briefing schedule. Opening brief due 9/12/14, Response Brief due 10/17/14, Reply Brief, if any, due 11/3/14.

12:34 PM - Court adjourns.

**LANCE S. WILSON, CLERK**
**UNITED STATES DISTRICT COURT**

/s/ Eileen Wood
DEPUTY CLERK