# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHRISTIAN D. WALKER,

    Petitioner,

v.

E.K. MCDANIEL, et al.,

    Respondents.

Case No. 2:04-cv-00929-KJD-PAL

**ORDER**

    In this closed habeas corpus action, petitioner Christian D. Walker has filed a proper-person document that has been docketed as a motion under Rule 60(b) of the Federal Rules of Civil Procedure (ECF No. 96), a motion for appointment of counsel (ECF No. 97), and a motion for leave to amend (ECF No. 98). Petitioner filed these motions on December 5, 2019. Respondents have not filed a response. However, in examining the notices of electronic filing, the court has noticed that respondents were not served electronically. The clerk of the court has reinstated notifications for respondents and regenerated the notices. The court will give respondents additional time to respond to the proper-person motions.

///

///

///

///

IT THEREFORE IS ORDERED that respondents will have 14 days from the date of entry of this order to file and serve responses to petitioner's proper-person motions (ECF No. 96, 97, 98). Petitioner will have 7 days from the date of service of respondents' responses to file replies.

DATED: April 2, 2020

_____
KENT J. DAWSON
United States District Judge